UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TARA BALDWIN,

    Plaintiff,                        Case No. 22-cv-11670
                                           Hon. Matthew F. Leitman

v.

DEARBORN BISTRO, LLC,
d/b/a PANTHEION CLUB,

    Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                         s/Matthew F. Leitman
                                         MATTHEW F. LEITMAN
                                         UNITED STATES DISTRICT JUDGE

Dated: December 13, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 13, 2022, by electronic means and/or ordinary mail.

                                         s/Holly A. Ryan
                                         Case Manager
                                         (313) 234-5126